# Exhibit B

# DECLARATION OF THOMAS W. PERRY AND QMAX

Thomas W. Perry, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1.      I make this declaration on behalf of myself and on behalf of QMax Industries, LLC ("QMax").

2.      I and QMax have complied with all of the requirements of Section 4.0 of the Settlement Agreement, dated August 29, 2018, between Controls Southeast, Inc., QMax, Peter E. Kobylarz, Jr. and myself. Neither I nor QMax has directly or indirectly sold into the Sulfur Field since the execution of the Settlement Agreement (with exception to the projects listed on the agreement).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of November, 2019.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

_____
Thomas W. Perry

SIGNED OR ATTESTED BEFORE ME ON 18 NOVEMBER, 2019
BY THOMAS WILLIAM PERRY-

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Gregory C. Glass, Notary Public
Collier Twp., Allegheny County
My Commission Expires Aug. 20, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES