# Exhibit C

## DECLARATION OF THOMAS W. PERRY AND QMAX

Thomas W. Perry, pursuant to 28 U.S.C. sec. 1746, hereby declares under penalty of perjury:

1. I make this declaration on behalf of myself and on behalf of QMax Industries, LLC ("QMax").

2. I and QMax are currently in compliance with all of the requirements of Section 4.0 of the Settlement Agreement, dated August 29, 2018, between Controls Southeast, Inc., QMax, Peter E. Kobylarz and myself (the "Agreement").

3. Neither I nor QMax has quoted, marketed and/or sold products into the Sulphur Field (as that term is defined in Section 1.2 of the Agreement), either directly or indirectly since the execution of the Settlement Agreement (with the exception of the contracts listed in Exhibit 2 to the Agreement).

4. I and QMax acknowledge that there were no commercial scope changes with respect to the contracts listed in Exhibit 2 to the Agreement after August 29, 2018, *OUTSIDE OF WHAT WAS OUTLINED IN THE SETTLEMENT AGREEMENT.* *TWP*

5. I and QMax have completed all work related to the contracts listed in Exhibit 2 to the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of May, 2020.

_____
Thomas W. Perry