# Exhibit D

# DECLARATION OF THOMAS W. PERRY AND QMAX

Thomas W. Perry, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1.  I make this declaration on behalf of myself and on behalf of QMax Industries, LLC ("QMax").

2.  I and QMax have complied with all of the requirements of Section 4.0 of the Settlement Agreement, dated August 29, 2018, between Controls Southeast, Inc., QMax, Peter E. Kobylarz, Jr. and myself. Neither I nor QMax has directly or indirectly sold into the Sulfur Field since the execution of the Settlement Agreement (with exception to the projects listed on the agreement).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of November, 2020.

_____
Thomas W. Perry

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Daniel S. Taufer, Notary Public
Bethel Park Boro, Allegheny County
My Commission Expires March 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Commonwealth of Pennsylvania
County of ___Allegheny___

Sworn to and subscribed before me
this __16__ day of __November__, 20__20__

Perry
254 Lynn Haven Dr.
Pittsburgh, PA 15228

Controcs Southeast, Inc.
12201 Nations Ford Rd.
Pineville, NC 28134