# Exhibit E

 

**CORPORATE OFFICE**
**Law Department**
1100 Cassatt Road
Berwyn, PA 19312 U.S.A.
Telephone: 610-889-5277
E-mail: patrick.farris@ametek.com

May 19, 2020

**VIA OVERNIGHT MAIL**
Thomas W. Perry
QMax Industries, LLC
520-A Eagleton Downs Dr.
Pineville, NC 28134

**Re:     Your Obligations to Controls Southeast, Inc.**

Dear Mr. Perry:

We have good reason to believe that you may be in violation of your obligations to Controls Southeast, Inc. You must cease and desist from any prohibited activity at once and, if you have representation, you should provide this correspondence to your attorney(s) immediately.

On or about August 29, 2018, you and your company, QMax Industries, LLC, signed a Settlement Agreement with Controls Southeast, Inc. (the "Agreement"). The Agreement states, in relevant part, the following:

4.1     Defendants shall refrain from selling products in the Sulphur Field, directly or indirectly, for a period of three (3) years from the Effective Date (the "Exclusionary Period").

4.1.1. Limited Exception for Four Identified Contracts. Notwithstanding the restriction set forth in Section 4.1, QMax may, during the Exclusionary Period, complete the backlog of 4 contracts (listed in Exhibit 2) that it has in place as of August 24, 2018. As a precondition to this limited exception, QMax shall first identify the parties and product quantities of these contracts to CSI.

4.1.2. During the Exclusionary Period, QMax shall condition the sale of its products to its distributors and representatives in writing on the basis that no products sold by QMax to its distributors and/or representatives may be subsequently sold to, transferred to or otherwise used in the Sulphur Field.

4.1.3. QMax and Perry thereof shall provide an annual declaration, attesting that neither has directly or indirectly sold into the Sulphur Field. As detailed in Section 7.0, CSI shall have the right to verify compliance with Section 4.0.

In accordance with 4.1.3, CSI received the Declaration of Thomas W. Perry and QMax dated November 18, 2019 (the "Declaration"), a copy of which is attached, in which you, under penalty

of perjury, declare that "Neither I nor QMax has directly or indirectly sold into the Sulphur Field since the execution of the Settlement Agreement (with exception to the projects listed on the agreement)." Further, we understand that the contracts for UO Group in Deer Park, TX listed in Exhibit 2 to the Agreement were completed in or about June 2019.

CSI recently became aware that you and/or QMax is working with Texas Steam on a new tracing project at the Shell refinery in Deerpark, TX. This conduct is prohibited under Section 4.0 of the Agreement and constitutes a violation of your obligation to refrain from selling products in the Sulphur Field. As a result, CSI demands that you immediately cease and desist from engaging in any conduct that violates Section 4.0 of the Agreement and requests that you execute the attached Declaration as evidence of your compliance with the obligations set forth therein.

We request that you provide the signed Declaration by close of business on Wednesday, May 27, 2020. Should you fail to provide the requested Declaration, we shall have no choice but to consider other means of legal enforcement.

Should you have any questions regarding this letter, please do not hesitate to contact me.

Regards,

Patrick J. Farris

Encls.
cc: J. Roper (w/ encls.)

## DECLARATION OF THOMAS W. PERRY AND QMAX

Thomas W. Perry, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1.    I make this declaration on behalf of myself and on behalf of QMax Industries, LLC ("QMax").

2.    I and QMax have complied with all of the requirements of Section 4.0 of the Settlement Agreement, dated August 29, 2018, between Controls Southeast, Inc., QMax, Peter E. Kobylarz, Jr. and myself. Neither I nor QMax has directly or indirectly sold into the Sulfur Field since the execution of the Settlement Agreement (with exception to the projects listed on the agreement).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of November, 2019.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

_____
Thomas W. Perry

SIGNED OR ATTESTED BEFORE ME ON 18 NOVEMBER, 2019
BY THOMAS WILLIAM PERRY-

_____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Gregory G. Glass, Notary Public
Collier Twp., Allegheny County
My Commission Expires Aug. 20, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## <u>DECLARATION OF THOMAS W. PERRY AND QMAX</u>

Thomas W. Perry, pursuant to 28 U.S.C. sec. 1746, hereby declares under penalty of perjury:

1. I make this declaration on behalf of myself and on behalf of QMax Industries, LLC ("QMax").

2. I and QMax are currently in compliance with all of the requirements of Section 4.0 of the Settlement Agreement, dated August 29, 2018, between Controls Southeast, Inc., QMax, Peter E. Kobylarz and myself (the "Agreement").

3. Neither I nor QMax has quoted, marketed and/or sold products into the Sulphur Field (as that term is defined in Section 1.2 of the Agreement), either directly or indirectly since the execution of the Settlement Agreement (with the exception of the contracts listed in Exhibit 2 to the Agreement).

4. I and QMax acknowledge that there were no commercial scope changes with respect to the contracts listed in Exhibit 2 to the Agreement after August 29, 2018.

5. I and QMax have completed all work related to the contracts listed in Exhibit 2 to the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of May, 2020.


_____

Thomas W. Perry