# Exhibit F

THE STEAM TRACING AUTHORITY

QMax Industries, LLC
520-A Eagleton Downs Dr
Pineville, NC 28134

May 27, 2020

Ametek
1100 Cassatt Road
Berwyn, PA 19312

Dear Mr. Farris,

The letter you sent dated May 19, 2020 comes to a surprise to QMax. I can assure you that QMax and its employees take this agreement seriously and work to honor the agreement. Since the agreement was signed on or about August 29, 2018, QMax has taken several steps to ensure we do not directly or indirectly sell any of our systems into the Sulphur field as outlined by the agreement.

1) As shown in the attachments, a letter was sent to all of our representatives, including Texas Steam, and a Press Release to all of our customers, including Texas Steam notifying them of our restriction of selling into the Sulphur Field.

2) As shown in the attachments, a condition of our sale is the acknowledgement of not selling into the Sulphur Field. These terms are listed on all proposals and estimates.

3) Every November through 2021 a Declaration that I, Tom Perry, have signed and notarized stating our compliance with this agreement is sent to Ametek. A further Declaration as sent by Ametek is also attached.

4) We keep records of all sales, even those refused during this restriction, and have zero records showing any of our products being sold into the Sulphur Field since the date the agreement went into effect.

We hope this closes the matter but if Ametek would like to discuss this matter in more detail, we can find a suitable time to do so.

Respectfully,

Thomas Perry

## DECLARATION OF THOMAS W. PERRY AND QMAX

Thomas W. Perry, pursuant to 28 U.S.C. sec. 1746, hereby declares under penalty of perjury:

1. I make this declaration on behalf of myself and on behalf of QMax Industries, LLC ("QMax").

2. I and QMax are currently in compliance with all of the requirements of Section 4.0 of the Settlement Agreement, dated August 29, 2018, between Controls Southeast, Inc., QMax, Peter E. Kobylarz and myself (the "Agreement").

3. Neither I nor QMax has quoted, marketed and/or sold products into the Sulphur Field (as that term is defined in Section 1.2 of the Agreement), either directly or indirectly since the execution of the Settlement Agreement (with the exception of the contracts listed in Exhibit 2 to the Agreement).

4. I and QMax acknowledge that there were no commercial scope changes with respect to the contracts listed in Exhibit 2 to the Agreement after August 29, 2018, *OUTSIDE OF WHAT WAS OUTLINED IN THE SETTLEMENT AGREEMENT.* TWP

5. I and QMax have completed all work related to the contracts listed in Exhibit 2 to the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of May, 2020.

_____

Thomas W. Perry



# MEMORANDUM

To:     All QMax Representative Companies

From:  Tom Perry, President

Date:   September 12, 2018

Re:     **QMAX 3-YEAR HIATUS FROM SULPHUR INDUSTRY &
        PRODUCT CHANGE NEWS**

Despite best efforts to defend justice, QMax Industries settled a long legal battle with behemoth Controls Southeast, Inc / Ametek.  The settlement terms, while not favorable to QMax, will allow us to keep our amazing team together and continue to service our customers well.

Unfortunately, we have delivered patent rights of one of our steam tracing products to CSI. QMax further agreed to pull back from certain sulphur markets for a 3 year period, ending August 30, 2021.  While this sounds like a lot, we have a rock solid path forward through innovation.

Guys, we are fired up and this only strengthens our resolve to fortify our team of partners and serve our customers in the most innovative ways! QMax will soon unveil our long-awaited, revolutionary product QMax FTS 2.0 with superior ease of installation.  Look for other exciting upgrades including a new method of Thermal Analysis, as well as a broader range of products, entirely custom designed and fabricated by QMax.

As condition of the legal settlement, I'm informing all reps that QMax cannot and will not be part of any active selling into the sulphur field. And as a condition of all purchase orders from your company to QMax, you agree not to resell QMax products into the sulphur industry as defined by:

> \* "Sulphur Field" means industrial processes such as sulphur recovery units and tail gas units, as well as any process which concerns the manufacture, transportation, or storage of any component which includes over twenty percent (20%) elemental sulfur or hydrogen sulfide.

For questions, contact Tom Perry at 704-643-7299 or tperry@qmaxindustries.com.



# PRESS RELEASE

**September 17, 2018**
FOR IMMEDIATE RELEASE

For more information contact:
Tom Perry 704-643-7299
TPerry@QMaxIndustries.com

## One Step Back, Two Steps Forward

**Charlotte, NC** – QMax Industries recenty settled a long legal battle with Controls Southeast, Inc / Ametek. The settlement terms will allow QMax to keep their steam team together and continue to service their customers well. For those customers in the sulphur industry, QMax has agreed to suspend offering products into the sulphur industry for three years.

"In true QMax fashion, we will continue our focus with a commitment to customer solutions and internal team unity. This only strengthens our resolve to serve our customers in the most innovative and effective ways." proclaims, Tom Perry – Founder and President.

QMax will soon launch the long-awaited, revolutionary product, QMax FTS 2.0 with superior ease of installation by eliminating the weak link in the system, something QMax recently addressed in a Whitepaper. Other new developments include a more powerful method of Thermal Analysis as well as a broader range of products including custom designed complete systems, engineered and installed by QMax professionals.

QMax Industries continues to lead the industry in the most steam tracing options for Oil & Gas, Heavy Hydrocarbon, Chemical, Asphalt, Resin and Food production processes.

QMax Industries, LLC
520-A Eagleton Downs Dr
Pineville, NC 28134



www.qmaxindustries.com
704-643-7299

# Estimate

| Date: | 5/26/2020 | Rev |
|---|---|---|
| Estimate #: | QM-002321 | 0 |

| Account Number: |
|---|
| QMax Industries, Inc.<br>PO Box 470924<br>Charlotte, NC 28247 |

| Ship To |
|---|
| 520-A Eagleton Downs Dr<br>Pineville, NC 28134 |

| Shipping Terms: | TBD |
|---|---|
| Payment Terms: | Net 30 |

| Project Name | | | | | |
|---|---|---|---|---|---|
| **Item** | **Description** | **Qty** | **U/M** | **Rate** | **Total** |
| Clarifications & Notes | Sample Estimate | 1 | Lt | 0.00 | 0.00 |

Delivery:            today

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Sales Tax  (7.25%)** | $0.00 |
| **Total** | $0.00 |

QMax General T&C's are attached to this document for your review.
1)  Prices are valid for 30 days.
2)  As a condition of sale of this product, the buyer agrees to not use said product in an SRU, TGU or any process containing 10% or more of Sulfur or H2S.
3) These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.