# Exhibit H

**Alannah McAllister**

| | |
|---|---|
| **From:** | Tom Perry- QMax <tperry@qmaxindustries.com> |
| **Sent:** | Thursday, January 7, 2021 11:12 AM |
| **To:** | Mark Wilson |
| **Cc:** | Alannah McAllister |
| **Subject:** | RE: Settlement Agreement with Controls Southeast, Inc. |

**EXTERNAL EMAIL - USE CAUTION**

Hi Mark,

I've further investigated this alleged sale of QMax products into the sulfur industry by the companies owned by Jay D'Amico by speaking with Mr. D'Amico and reviewing our sales records. We have concluded after this investigation that all sales we made to Mr. D'Amico's companies complied with the requirements of the settlement agreement. While the detail you have provided to date is not sufficient for anyone to identify the date and location of the installation you have challenged, our investigation has revealed that any installation of QMax's newer product in a sulfur application would have been the result of a customer-facilitated change order within the terms of the contracts identified in Exhibit 2 in the Settlement Agreement. QMax has not knowingly made sales for sulfur applications outside those expressly excepted contracts.

QMax's settlement agreement with CSI gives it the right to appoint a third-party auditor to verify its compliance with the settlement agreement. QMax would like to accommodate further inquiry if the information I have provided is not sufficient to address CSI's concerns. We are compiling a list of all orders received by these three companies since August 29th, 2018. On this list will be details of every order to help expedite the verification. Is there a specific third party that you would prefer to use to review this?

Best Regards,
Tom



Latest Whitepaper is changing the industry: Understanding Installation of Steam Tracing for Long-Term Success

| | |
|---|---|
| 704-643-7299 x105 (office) | Steam / Hot Oil Tracing |
| 704-936-7702 (mobile) | Tank Heating |
| tperry@qmaxindustries.com | Equipment Jacketing |

**From:** Mark Wilson <markwilson@mvalaw.com>
**Sent:** Monday, January 4, 2021 5:06 PM
**To:** Tom Perry- QMax <tperry@qmaxindustries.com>
**Cc:** Alannah McAllister <alannahmcallister@mvalaw.com>
**Subject:** RE: Settlement Agreement with Controls Southeast, Inc.

Tom –

Thank you for your email. We request that you provide the following documents for our immediate review:

1. All order fulfillment records (including purchase order documentation) for the four contracts referenced in Exhibit 2 of the Settlement Agreement; and
2. All quotes and order fulfillment records (including purchase order documentation and thermal calculations) for Texas Steam, UO Group, and LA Steam, from August 29, 2018 to the present.

If you have excellent records, as you state in your email, this request should be a very easy one to complete. We must hear from you by no later than January 8, 2021.

Mark

**J. Mark Wilson**
Attorney at Law
T 704.331.1177
F 704.339.5981
markwilson@mvalaw.com

**Moore&VanAllen**

100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
704.331.1000
www.mvalaw.com

**From:** Tom Perry- QMax <tperry@qmaxindustries.com>
**Sent:** Tuesday, December 22, 2020 11:47 AM
**To:** Mark Wilson <markwilson@mvalaw.com>
**Cc:** Alannah McAllister <alannahmcallister@mvalaw.com>; Tom Perry- QMax <tperry@qmaxindustries.com>
**Subject:** RE: Settlement Agreement with Controls Southeast, Inc.

**EXTERNAL EMAIL - USE CAUTION**

Dear Mr. Wilson,

We have reviewed your letter. QMax has not breached the settlement agreement. The alleged actions of Jay D'Amico and his companies are not known to QMax. We have done everything in our control to prevent the sale of our products into the sulfur industry as outlined by our August 29, 2018 Settlement Agreement. We have kept excellent records to ensure our products are not used in the sulfur industry. Examples of what we have done to comply are;
1) Informed in writing to all of our customers and Channel Partners that we will not be selling any of our products into the sulfur industry until Sept 1, 2021.
2) Writing on all Estimates and Sales Orders that as a condition of sale, our products will not be used in the sulfur industry.
3) On every order, we ask our customers and Channel Partners what service our products will be used in and getting it in writing from the purchaser. If the service is sulfur, we refuse the sale.
4) Prior to the settlement agreement, we attended sulfur related trade shows and events. After the agreement, we have not attended any sulfur related events.

** Note, this was communicated to Ametek in May of 2020. I assume you are in possession of this communication but just in case, I have attached it.

If any QMax products have allegedly been sold into the sulfur industry, it has been done through deceptive actions against QMax. By way of this email, I am informing you that we will be investigating this alleged action with Jay D'Amico and his companies. We will respond to your request by **January 15th, 2021** to allow us time to fully investigate this alleged action.

I've reached out directly to Jackson Roper of CSI/Ametek and will continue to communicate directly with Jackson.

2

Happy Holidays,
Tom Perry



| | |
|---|---|
| 704-643-7299 x105 (office) | Steam / Hot Oil Tracing |
| 704-936-7702 (mobile) | Tank Heating |
| tperry@qmaxindustries.com | Equipment Jacketing |

**From:** Alannah McAllister <alannahmcallister@mvalaw.com>
**Sent:** Wednesday, December 16, 2020 8:01 PM
**To:** Tom Perry- QMax <tperry@qmaxindustries.com>
**Cc:** Mark Wilson <markwilson@mvalaw.com>
**Subject:** RE: Settlement Agreement with Controls Southeast, Inc.

Dear Mr. Perry:

Please see attached correspondence regarding the above-referenced matter.

Best regards.

Alannah M. McAllister
On behalf of J. Mark Wilson

**Alannah M. McAllister**
Trademark Paralegal
T 704.331.2390
F 704.378.2021
alannahmcallister@mvalaw.com

**Moore&VanAllen**
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
704.331.1000
www.mvalaw.com

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

Moore & Van Allen