Civil Action No. 3:21-cv-00302

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Thomas W. Perry

was received by me on *(date)*       09/15/2021       .

☑ I personally served the summons on the individual at *(place)*  254 Lynn Haven Dr

Pittsburgh, PA 15228 _____ on *(date)*   09/20/2021       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     09/20/2021 _____

*Barry DeLuca*
_____
*Server's signature*

Barry DeLuca
_____
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
_____
*Server's address*

Additional information regarding attempted service, etc:

WL17240