Civil Action No. 3:21-cv-00302

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  QMax Industries, Inc.

was received by me on *(date)*  09/15/2021  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  John Rumph _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  QMax Industries, Inc.

on *(date)*  09/20/2021  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  09/20/2021

_____
*Server's signature*

Scott Favara
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
*Server's address*

Additional information regarding attempted service, etc:


WL17241