| | |
|---|---|
| **CONTROLS SOUTHEAST, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**QMAX INDUSTRIES, INC. and THOMAS W. PERRY,**<br><br>**Defendants.** | **DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)** |

1.      Defendants Qmax Industries, Inc. and Thomas W. Perry (collectively, the "Defendants") by and through their counsel of record, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the claims against the Defendants.

2.      Plaintiff's Complaint describes claims concerning the alleged breach of a settlement agreement.  The Complaint purports to assert claims under the Racketeering Influenced and Corrupt Organizations Act ("RICO") as well as state law on fraud, civil conspiracy, breach of contract, and unfair and deceptive trade practices, but fails to state a claim arising under federal law.  Although RICO is a federal statute, Plaintiff's complaint contains allegations that foreclose the possibility that a RICO violation occurred.

3.      Instead, Plaintiff's complaint pleads only purported violations of state law because Plaintiff has not alleged facts showing that Defendants engaged in, or conspired to engage in, a pattern of racketeering activity by their alleged breach of the settlement agreement.  As such, Defendants move for the dismissal with prejudice of Plaintiff's RICO claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

4. Upon dismissal of Plaintiff's RICO claim, Defendants move, pursuant to Federal Rule of Civil Procedure 12(b)(1), for the dismissal of Plaintiff's remaining claims for fraud, civil conspiracy, breach of contract, and unfair and deceptive trade practices, because the Court lacks subject-matter jurisdiction over these state-law claims.

5. Defendants file concurrently with this motion a Brief in Support of its Motion to Dismiss.

Dated: November 1, 2021

Respectfully submitted,

/s/ Brian L. Church
Brian L. Church
N.C. State Bar No. 39581
bchurch@robinsonbradshaw.com
Timothy P. Misner
N.C. State Bar No. 56364
tmisner@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8303
Facsimile: 704.373.3903

*Attorneys for Defendants QMax Industries, Inc. and Thomas W. Perry*

2