**CONTROLS SOUTHEAST, INC.,**

**Plaintiff,**

**v.**

**QMAX INDUSTRIES, INC. and THOMAS W. PERRY,**

**Defendants.**

**DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

1.     Defendants Qmax Industries, Inc. and Thomas W. Perry (collectively, the "Defendants") by and through their counsel of record, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss claims against the Defendants as specified below.

2.     Plaintiff's Amended Complaint describes claims concerning the alleged breach of a settlement agreement.  The Amended Complaint purports to assert federal claims under the Racketeering Influenced and Corrupt Organizations Act ("RICO") and the Lanham Act, as well as state law on fraud, civil conspiracy, breach of contract, and unfair and deceptive trade practices.

3.     Plaintiff's RICO claim should be dismissed because Plaintiff has not alleged facts showing that Defendants engaged in, or conspired to engage in, a pattern of racketeering activity by their breach of the settlement agreement.  As such, Defendants move for the dismissal with prejudice of Plaintiff's RICO claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

4.     While this Court has subject-matter jurisdiction over Plaintiff's Lanham Act claims, and Defendants are not currently moving for the dismissal of these claims, the Lanham Act claims are not sufficiently factually related to Plaintiff's remaining state law claims such that this

1

court may exercise supplemental jurisdiction. Plaintiff's state-law claims are instead directly related to its purported RICO claim, which fails as a matter of law. As a result, Defendants move, pursuant to Federal Rule of Civil Procedure 12(b)(1), for the dismissal of Plaintiff's claims for fraud, civil conspiracy, breach of contract, and unfair and deceptive trade practices.

5. Defendants file concurrently with this motion a Brief in Support of its Partial Motion to Dismiss.

Dated: April 8, 2022

Respectfully submitted,

/s/ Brian L. Church_____
Brian L. Church
N.C. State Bar No. 39581
bchurch@robinsonbradshaw.com
Timothy P. Misner
N.C. State Bar No. 56364
tmisner@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8303
Facsimile: 704.373.3903

*Attorneys for Defendants QMax Industries, Inc. and Thomas W. Perry*

2