**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00302-MOC-DSC**

| | |
|---|---|
| **CONTROLS SOUTHEAST, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**QMAX INDUSTRIES, INC. and THOMAS W. PERRY,**<br><br>**Defendants.** | **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, and with Defendants' consent, Plaintiff hereby moves for a two (2) week extension of time to file its response to Defendants' Partial Motion to Dismiss (ECF #20). In support of this motion, Plaintiff shows the Court good cause as follows:

1. Plaintiff filed its First Amended Complaint (ECF #14) on December 6, 2021.

2. Defendants filed a Partial Motion to Dismiss on April 8, 2022. (ECF #20).

3. Pursuant to Local Rule 7.1(e), the deadline for Plaintiff to respond to Defendants' Partial Motion to Dismiss is April 22, 2022.

4. The undersigned will be out of the office on a family vacation for spring break and Easter from April 13-24, 2022.

5. Plaintiff needs more time to prepare its response to Defendants' recently-filed motion.

6. Plaintiff requests a two (2) week extension of the deadline to respond to Defendants' Partial Motion to Dismiss, through and including May 6, 2022.

7. In accordance with Local Rule 7.1(b), Plaintiff's counsel conferred with Defendants' counsel, who consented to this motion.

8. This motion is made in good faith and not for the purpose of delay.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and extend the deadline for it to respond to and including May 6, 2022.

Respectfully submitted,

Dated: April 12, 2022

s/ J. Mark Wilson
J. Mark Wilson
N.C. State Bar No. 25763
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone (704) 331-1000
Facsimile (704) 339-5981
Email: markwilson@mvalaw.com

*Attorney for Plaintiff*