UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00302-MOC-DSC

| | |
|---|---|
| CONTROLS SOUTHEAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> QMAX INDUSTRIES, INC. and THOMAS W. PERRY, <br><br> Defendants. | STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby jointly stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: August 2, 2024                                  Respectfully submitted,

/s/ J. Mark Wilson
J. Mark Wilson (N.C. Bar No. 25763)
Jacob Z. Zambrzycki (N.C. Bar No. 56223)
Alexandriana H. Venters (N.C. Bar No. 57362)
Clara G. Ilkka (N.C. Bar No. 59346)
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone (704) 331-1000
Facsimile (704) 339-5981
markwilson@mvalaw.com
jacobzambrzycki@mvalaw.com
alexaventers@mvalaw.com
clarailkka@mvalaw.com

*Attorneys for Plaintiff*
*Controls Southeast, Inc.*

/s/ Cary B. Davis
Cary B. Davis (N.C. Bar No. 36172)
Timothy P. Misner (N.C. Bar No. 56364)
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone (704) 377-2536
Fax (704) 378-4000
cdavis@robinsonbradshaw.com
tmisner@robinsonbradshaw.com

*Attorneys for Defendants QMax Industries, Inc. and Thomas W. Perry*